AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: M-17-CR-601-02<br>M-17-0627-M | Date and time warrant executed:<br>05/01/2017 0:00 am | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

All records or files contained in three (3) phones associated with Alexis LOPEZ including: Chats, Files (including voice messages, text messages, videos, images, etc.), contact lists, and calls made and received.

United States District Court
Southern District of Texas
FILED

MAY - 4 2017

David J. Bradley, Clerk

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/04/2017

*Executing officer's signature*

Carlos M. Delgado, Jr. / ATF Special Agent
*Printed name and title*